# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Reform Act of 1989, Pub L No.
101-194, November 30, 1989
(5 U.S.C. App. 4 , Sec. 101-112)

| Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| JNT, ROGER L. | U.S. District Court of Nevada | 03/27/2000 |

| Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | X Nomination, Date 03/27/2000 <br><br> Initial ___ Annual ___ Final ___ | 01/01/1999 to 03/27/2000 |

| Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| oley Federal Bldg. Room 2300 <br><br> 00 Las Vegas Blvd. South <br><br> .as Vegas, Nevada 89101 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## POSITIONS  *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | NONE (No reportable positions.) | |
| 1 | Partner | Top of the Court (See VIII) |
| 2 | | |
| 3 | | |

## AGREEMENTS  *(Reporting individual only; see pp. 14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| X | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## I. NON-INVESTMENT INCOME  *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| X | NONE (No reportable non-investment income.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

## V. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## VI. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |

## VII. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | First Republic Savings Bank | Mortgage on rental office | N |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

VAL CODES: J=$15,000 or less   K=$15,001-$50,000   L=$50,001 to $100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 1/3 Interest in Office Building, Las Vegas, NV | E | Rent | N | W | None | | | | |
| 2 Unimproved Real Estate - Lincoln County, NV | | None | J | W | None | | | | |
| 3 Stock, Southwest Gas Corporation | A | Dividend | J | T | | | | | |
| 4 Cumorah Credit Union - Las Vegas, NV | B | Interest | K | T | None | | | | |
| 5 Cumorah Credit Union (IRA) Las Vegas, NV | D | Dividend | M | T | None | | | | |
| 6 Pace Investment Fund (IRA) Paine Webber | C | Dividend | M | T | None | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 0 | | | | | | | | | |
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |

Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

Val Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

Val Mth Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

## III. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

Positions:

e Top of the Court Partnership is used for rental of office space (VII.1) but I am not actively involved in management. I only receive my portion of the rent.

.

FINANCIAL DISCLOSURE REPORT | HUNT, ROGER L. | 03/27/2000

## III. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

Positions:

e Top of the Court Partnership is used for rental of office space (VII.1) but I am not actively involved in management. I only receive my portion of the rent.

## X. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _Roger L. Hunt_     Date _3/27/2000_

Note:     Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

### FILING INSTRUCTIONS

**Mail original and three additional copies to:**

**Committee on Financial Disclosure**
**Administrative Office of the United States Courts**
**One Columbus Circle, N.E.**
**Suite 2-301**
**Washington, D.C. 20544**

# PERSONAL FINANCIAL STATEMENT
## of
## ROGER LEE HUNT

### as of January 2000

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| **Description** | **Cash or Value** | **Description** | **Amount Owed** |
| Cash on hand or in banks | $ 60,000 | Revolving debt (credit cards) | $ 1,000 |
| Stock (Southwest Gas-462 shares) | $ 12,260 | Notes Payable | 0 |
| Annual Office Space Rent Receivable | $ 24,000 | Unpaid taxes | 0 |
| Personal Property<br>3 autos, 2 snomobiles, ATV<br>Furniture | $ 40,000<br>$ 150,000 | Notes secured by personal property | 0 |
| Retirement Accounts<br>Pace Investment Fund<br>(IRA-Paine Webber)<br>Certificates of Deposit<br>(IRA-Cumorah Cred Union) | $ 149,290<br>$ 142,000 | Other debts: | 0 |
| Real Estate Owned (See schedule) | $1,049,333 | Real Estate Mortgages Owed (See schedule) | $383,196 |
| **Total Assets** | $1,626,883 | **Total Liabilities** | $384,196 |
| | | **Net Worth** (assets, less liabilities) | $1,433,529 |

## REAL ESTATE SCHEDULE

| Type of Property & Location | Rental Income | Market Value | Mortgage Balance | Mortgage Holder |
|---|---|---|---|---|
| Residence-Henderson, Nev | 0 | $ 375,000 | $135,000 | Chase Manhattan |
| Recreational Property-2 lots, with cabin, Southern Utah | 0 | $175,000 | 0 | None |
| Unimproved Property–20 acres, near Panaca, Nevada | 0 | $ 16,000 | 0 | None |
| 1/3 interest in third floor of office building, Las Vegas, Nevada | $24,000/year | (reflecting my 1/3 interest) $483,333 | (reflecting my 1/3 obligation) $248,196 | First Republic |
| **Total** | | $1,049,333 | $383,196 | |

I, Roger L. Hunt, certify that the above is true and correct to the best of my knowledge and belief.

_____ Signature    27 March 2000    Date